UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH R. BRUMBACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:13-cv-00292-TWP-MJD |
| | ) |
| HENDRICKS REGIONAL HEALTH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice filed jointly by Plaintiff, Deborah R. Brumback, and Defendant, Hendricks Regional Health.

AND THE COURT being duly advised in the premises having reviewed said Stipulation, hereby DISMISSES THIS ACTION, WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED this day:  02/04/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Deborah R. Brumback
P.O. Box 352
401 N. Washington Street
Bainbridge, IN 46105

Craig M. Williams
HALL RENDER KILLIAN HEATH & LYMAN
cwilliams@hallrender.com

Stephen W. Lyman
HALL RENDER KILLIAN HEATH & LYMAN
slyman@hallrender.com


1515925v.1